UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTATE OF VADIM SASCHENKO ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF VANCOUVER ET AL.,<br><br>Defendants. | CASE NO. 3:25-cv-05487-JNW<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

Plaintiffs move for leave to file an over-length response to Defendants' motion for summary judgment. Dkt. No. 34. Plaintiffs ask for 10,500 words instead of the 8,400 allowed by local rules. LCR 7(e)(4).

Much of the motion previews an argument that Defendants disclosed Suzanne Best too late and that her declaration strays beyond the subject they did disclose. Read that way, the motion looks in part like a belated challenge to Defendants' discovery conduct and expert disclosures. But the deadlines for those

challenges have passed. Motions related to discovery were due June 10, 2026, and motions challenging expert testimony were due August 10, 2026. Dkt. No. 23.

The Court takes no position on those issues, or on whether Plaintiffs may still press them. LCR 7(g) requires a party to raise any request to strike material submitted with a motion in its responsive brief rather than in a separate motion. Plaintiffs may make these arguments in their opposition, and the Court will resolve them along with the motion for summary judgment. Because Plaintiffs must fit their evidentiary objections and their answer on the merits into a single brief, the Court finds good cause and GRANTS the motion. Dkt. No. 34. Plaintiffs may file a response of no more than 10,500 words, and it is only fair that Defendants receive extra words too—they may file a reply of no more than 6,300 words. All filing deadlines remain the same.

Dated this _28_ day of August 2026.

Joshua C. Lewis
Clerk
*/s/Alejandro Pasaye Hernandez*
Deputy Clerk